937

No. 98–5652.  FOSTER v. CUYAHOGA COUNTY BOARD OF COMMISSIONERS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–5657.  THOMAS v. LOUISIANA DEPARTMENT OF LABOR ET AL.  Sup. Ct. La.  Certiorari denied.

No. 98–5658.  HACHMEISTER v. HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 98–5659.  CORDLE v. SQUARE D CO. ET AL.  Ct. App. Ky.  Certiorari denied.

No. 98–5661.  GANN v. CAMBRA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–5667.  GUNNELL v. LAZAROFF, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5668.  HILL v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 98–5684.  CERVENIAK v. BAKER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5691.  MASON v. BRIGANO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5699.  TINSLEY v. O'DEA, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5710.  MARTIN v. MCELVANEY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–5727.  KNUCKLES-EL v. ORDIWAY.  C. A. 6th Cir.  Certiorari denied.

No. 98–5729.  MANN v. SCHOTTEN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5732.  PUGH v. DEPARTMENT OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 98–5733.  WILLIAMS v. BORG, WARDEN.  C. A. 9th Cir.  Certiorari denied.